Amended Complaint
11/14/24              DF

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 1 4 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| ™DEJHANA C FLETCHER© | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| MIDLAND CREDIT MANAGEMENT, INC. | ) |
| | ) **CIVIL ACTION NO.** |
| DELTA AIR LINES, INC. | )**1:24-CV-4146-MHC-CCB** |
| | ) |
| SYNCHRONY BANK | ) |
| | ) |
| | ) |
| **., et al,** | ) |
| **Defendant.** | ) |

Amended Complaint
DF 11/14/24

# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

### I. Jurisdiction and Venue

Plaintiff, ™DEJHANA C FLETCHER©, in consideration of 'pro per' all rights reserved and Attorney in Facts, bring this action to assert Plaintiff's God given rights under federal statutes for consumer protection, including the Fair Debt Collection Practices Act (FDCPA), Truth in Lending Act (TILA), and the Fourth Amendment, for violations committed by Delta Air Lines, Inc., Midland Credit Management, Inc., and Synchrony Bank. Each defendant is responsible for a series of actions involving unauthorized use of Plaintiff's personal information, improper garnishment, and a failure to provide necessary disclosures. This Court has jurisdiction under 28 U.S.C. § 1331 because this action raises federal questions concerning the violation of the Fair Credit Reporting Act (15 U.S.C. § 1681), the Fair Debt Collection Practices Act (15 U.S.C. § 1692), conspiracy against rights (18 U.S.C. §§ 241, 242), the Fourth Amendment of the U.S. Constitution, TILA, UDAAP, and RICO. Venue is proper in this district under 28 U.S.C. § 1391(b) as all Defendants conduct business in Atlanta, Georgia, and the claims arose within this district..

### II. Statement of Claims

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, Plaintiff provides the following claims showing entitlement to relief against each Defendant:

### Claim 1: Violation of the Fair Credit Reporting Act (FCRA) – 15 U.S.C. § 1681

*   **Defendants**: Synchrony Bank and Midland Credit Management, Inc.
*   **Facts**: On 5/21/2019, Synchrony Bank disclosed and sold Plaintiff's personal information to Midland Credit Management without her consent on Account Number 6501723320615014. On 5/25/2022, Synchrony Bank disclosed and sold Plaintiff's personal information to Midland Credit Management without her consent on Account Number 6019191246634383. These unauthorized sharings violated Plaintiff's privacy rights under FCRA and did not adhere to the requirements for lawful disclosure. *Safeco Ins. Co. of America v. Burr,* 551 U.S. 47 (2007)
*   **Relief Sought**: Damages for privacy violations and an injunction against further unauthorized data sharing.

### Claim 2: Violation of the Fair Debt Collection Practices Act (FDCPA) – 15 U.S.C. § 1692

*   **Defendants**: Synchrony Bank and Midland Credit Management, Inc.
*   **Facts**: On 5/31/2019 and 5/27/2022, Synchrony Bank and Midland Credit Management, Inc. engaged in unlawful actions without validating the alleged debt. These

actions were deceptive, harassing, and failed to comply with FDCPA requirements, infringing on Plaintiff's rights and peace. *Heintz v. Jenkins,* 514 U.S. 291 (1995)

• **Relief Sought**: An injunction against further actions, and damages for the mental and financial distress caused by the unlawful debt collection practices.

### Claim 3: Conspiracy Against Rights – 18 U.S.C. §§ 241 and 242

• **Defendants**: Delta Air Lines, Inc. and Midland Credit Management

• **Facts**: On 6/28/2024 Delta Air Lines and Midland Credit Management conspired to deprive Plaintiff of her rights by initiating wage garnishment proceedings without consent, violating federal conspiracy statutes. This has impacted Plaintiff's right to her wages and infringed on her liberties, including the pursuit of happiness. *United States v. Price,* 383 U.S. 787 (1966)

• **Relief Sought**: Judgment for conspiracy against rights, compensatory damages, and an order to cease past, present, and future proceedings.

### Claim 4: Violation of Fourth Amendment Rights

• **Defendants**: Delta Air Lines, Inc. and Midland Credit Management, Inc. •
**Facts**: On 7/11/2024 Delta Air Lines and Midland Credit Management violated Plaintiff's Fourth Amendment rights by intruding upon her financial privacy without proper legal consent. *Katz v. United States,* 389 U.S. 347 (1967)

• **Relief Sought**: A declaration of rights, damages for the unlawful invasion of privacy, and a court order to prevent further unauthorized access to Plaintiff's personal information.

### Claim 5: Unlawful Garnishment under Georgia State Law

• **Defendant**: Delta Air Lines, Inc.

• **Facts**: On 7/2/2024 Delta Air Lines unlawfully garnished Plaintiff's wages without following Georgia's legal procedures for garnishment, depriving her of her earned labor payments without due process. *Brookings v. State,* 267 Ga. 210 (1996)

• **Relief Sought**: An injunction against further garnishment actions, along with financial restitution for the wrongfully garnished wages.

### Claim 6: Identity Theft and Fraud

• **Defendants**: Synchrony Bank and Midland Credit Management, Inc.

• **Facts**: On 5/21/2019 and 5/25/2022 Synchrony Bank performed unauthorized transfer of Plaintiff's information to Midland Credit Management facilitating identity theft and fraudulent debt collection practices, resulting in harm to her credit and financial standing. *Anderson v. Hannaford Bros. Co.,* 659 F.3d 151 (1st Cir. 2011)

• **Relief Sought**: Damages for identity theft and fraud, removal of any fraudulent entries on Plaintiff's credit report, and an order requiring Defendants to cease similar actions.

### Claim 7: Violation of the Truth in Lending Act (TILA) – 15 U.S.C. § 1601 et seq.

• **Defendants**: Midland Credit Management, Inc., and Synchrony Bank

• **Facts**: On 5/21/2019 and 5/25/2022 Synchrony Bank shared Plaintiff's personal information with Midland Credit Management without consent, breaching TILA regulations under the CFPB's consumer protection guidelines. *FTC v. AMG Capital Management, LLC, 141 S. Ct. 1341 (2021)*

• **Relief Sought**: Damages for unauthorized data sharing and violation of privacy rights.

**Claim 8: Unfair, Deceptive, or Abusive Acts or Practices (UDAAP) – 12 U.S.C. § 5531 et seq.**

• **Defendants**: Midland Credit Management, Inc., and Synchrony Bank
• **Facts**: Since 5/21/2019 and 5/25/2022, Midland Credit Management, Inc., and Synchrony Bank engaged in unauthorized practices and identity theft, constituting UDAAP violations by misleading, financially harming, and exploiting Plaintiff without consent. *Mourning v. Family Publications Service, Inc., 411 U.S. 356 (1973)*

• **Relief Sought**: Judgment for UDAAP violations, restitution, and an order to cease past, present and future proceedings.

**Claim 9: RICO Conspiracy (18 U.S.C. § 1962(d))**
• **Defendants**: Delta Air Lines, Inc., Midland Credit Management, Inc., and Synchrony Bank.
• **Facts**: Midland Credit Management, Delta Air Lines, and Synchrony Bank together have engaged in fraudulent practices, identity theft, and unauthorized wage garnishment in violation of Plaintiff's consumer protection rights. *United States v. Turkette,* 452 U.S. 576 (1981)

• **Relief Sought:** Treble damages (three times the amount) as allowed under RICO for the conspiracy to engage in fraudulent debt collection practices and unauthorized use of Plaintiff's personal information.

### III. Demand for Relief

Plaintiff seeks the following relief:

1. **Compensatory Damages**: $100,000,000.00 (one hundred million dollars) in silver specie, in lawful coinage or anything equivalent for violations of FCRA, FDCPA, TILA, UDAAP laws, conspiracy statutes, Fourth Amendment rights, state garnishment laws, identity theft and RICO.
2. **Injunctive Relief**: An order to stop further unauthorized garnishment and data sharing, as well as to prevent any future actions that infringe upon Plaintiff's rights prohibiting further unauthorized actions by each Defendant.
3. **Declaratory Relief**: A declaration affirming Plaintiff's rights and recognizing the unauthorized nature of Defendants' actions.
4. **Other Relief**: Any additional relief for harm caused by Defendants' actions deemed appropriate by the Court in light of Plaintiff's entitlement to life, liberty, and the pursuit of happiness, free from unlawful intrusion.

**Notary Section**

Plaintiff's Autograph:

For DEJHANA FLETCHER By: Fletcher, deyhama
w/o recourse

™DEJHANA C FLETCHER©

Date: 11/13/2024

Notary Public
Sworn and subscribed before me on this 13th day of November, 2024.

Notary Signature:

My Commission Expires: 10/3/2028

(SEAL)

-------------------------------------------- final page --------------------------------------------

# AFFIDAVIT OF RESERVATION OF RIGHTS

**PUBLIC**

THIS IS A PUBLIC COMMUNICATION.

Notice to agent is notice to principal.

Notice to principal is notice to agent.

Applications to all successors and assigns.

All are without excuse.

DeJhana-Cymone: Fletcher, *sui juris*

All Rights Reserved, U.C.C. § 1-308

⌈c/o 145 S McDonough St 30A⌉

Jonesboro, state Republic, usA

Phone: (404) 447-6320

⌊NON-DOMESTIC.⌋

Let it be known to all that I, DeJhana-Cymone: Fletcher, explicitly reserve all of my rights. See U.C.C. § 1-308 (formerly U.C.C. § 1-207).

**"§ 1-308. Performance or Acceptance Under Reservation of Rights**

　　a. *A party who, with explicit reservation of rights, performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as 'without prejudice', 'under protest', or the like are sufficient.*"

I retain all of my rights and liberties at all times and in all places, *nunc pro tunc* from the time of my birth and forevermore. Further, I retain the right to not be compelled to perform under any contract or commercial agreement that I did not enter into knowingly, voluntarily, and intentionally, and I do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement. I am not ever subject to silent contracts and have never knowingly or willingly contracted away my sovereignty.

Further, I am not a United States citizen or a 14th amendment citizen. Likewise, I am not a resident of any territory of the United States. I am a sovereign national of the republic, and I reject any attempted expatriation. See 15 Statutes at Large 223, the Expatriation Act of July 27th, 1868. I hereby revoke, rescind, cancel, and render void, *nunc pro tunc*, both currently and retroactively to the time of signing, any and all signatures declaring my status as such.

The fee for the violation of my liberty is $300,000 in Federal Reserve Notes or its equivalent in fine silver bullion per incident or per 15 minutes or any part thereof wherefore all have undeniable knowledge by way of this public notice.

# AFFIDAVIT

Affiant, DeJhana-Cymone: Fletcher, *sui juris*, a natural born Sovereign of Florida in its *de jure* capacity as a republic and as one of the several States of the union created by the Constitution for the United States of America of 1777 and 1789. This incidentally makes me an American

national and a common woman of the sovereign People. Before me, the undersigned notary, the Affiant does swear and affirm that she has scribed and read the foregoing facts that such are the whole truth and nothing but the truth as well as correct, complete, and not misleading in accordance with the best of Affiant's first-hand knowledge and conviction.

By:

*DeJhana-Cymone: Fletcher*

DeJhana-Cymone: Fletcher, Affiant

## JURAT

On this _13th_ day of November, 2024, before me, the undersigned, a Notary Public in and for Clayton County, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that he/she has executed the same.

Notary Signature: _____

Notary Name: _Richy Rich VanWinkle_

My commission expires: _10/31/25_

(NOTARY SEAL)

### AFFIDAVIT OF TRUTH

### IN THE NATURE OF SUPPLEMENTAL RULES FOR ADMINISTRATIVE AND MARITIME CLAIMS

Grant of exclusive power of attorney to conduct all
tax, business, and legal affairs of principal person.

# POWER OF ATTORNEY IN FACTS

I, DEJHANA C FLETCHER,  DEJHANA CYMONE FLETCHER,  FLETCHER, DEJHANA C, or any derivative name thereof, **DEBTOR / principal person / *ens legis* Trust / corporate fiction,** located at 145 S MCDONOUGH ST. 30A, JONESBORO,  GA, 30236, do hereby appoint DeJhana Cymone Fletcher (also stylized as "DeJhana-Cymone: Fletcher"), **a Living Soul / Secured Party / Creditor**, as **Agent** with **Power of Attorney in Facts**, located at c/o 145 S McDonough St 30A, Jonesboro, Georgia state Republic, usA [NON-DOMESTIC], to take exclusive charge of, to manage, and to conduct all of the tax, business, and legal affairs and to act in the name and place of the DEBTOR without limitation on the powers necessary to carry out this exclusive purpose of Attorney in Facts as authorized herein:

    **(a)** to take possession of, to hold, and to manage real estate and all other property;

    **(b)** to receive money or property paid or delivered to the DEBTOR from any source;

    **(c)** to deposit funds in, to make withdrawals from, or to sign checks or drafts against any account standing in the name of the DEBTOR individually or jointly in any bank or other depository; to cash coupons, bonds, or certificates of deposits; to endorse checks, notes, or other documents in said legal name; to have access to and to place items in or remove them from any safety deposit box standing in the DEBTOR's name individually or jointly, and to conduct any other bank transactions or business;

    **(d)** to pay the just debts and expenses of the DEBTOR, including reasonable expenses incurred by the Attorney in Facts in exercising this exclusive power of attorney;

    **(e)** to retain any investments and to invest in stocks, bonds, securities, or real estate or other property;

    **(f)** to give general and special proxies or to exercise rights of conversion or rights with respect to shares or securities; to deposit shares or securities with or to transfer them to protective committees or similar bodies; to join any reorganization and pay assessments or subscriptions called for in connection with shares or securities;

    **(g)** to sell, to exchange, to lease, to give options, and to make contracts concerning real estate or other property for such considerations and on such terms as the Attorney in Facts may consider prudent;

    **(h)** to settle boundary lines, easements, and other rights with respect to real estate;

    **(i)** to improve or to develop real estate; to construct, to alter, or to repair building structures and appurtenances or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant, to cultivate, to harvest, and to sell or otherwise dispose of crops and timber and to do all things necessary or appropriate for good husbandry;

    **(j)** to provide for the use, maintenance, repair, security, or storage of tangible property in the DEBTOR's legal name above; and

    **(k)** to purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as the Attorney in Facts may consider prudent.

The **Agent / Living Soul / Secured Party / Creditor**, DeJhana Cymone Fletcher, is hereby authorized by law to act for and in control of the **DEBTOR**, DEJHANA CYMONE FLETCHER (or any derivative name thereof). In addition, through the exclusive power of attorney, the undersigned Attorney in Facts is authorized to contract for all business and legal affairs of the **principal person**, DEJHANA CYMONE FLETCHER.

The term "exclusive" shall be construed to mean that only the Attorney in Facts may obligate the principal person to these matters while these powers are in force, and the capacity to obligate the DEBTOR with regard to the same is hereby revoked and forfeited by any other party. The grant of this exclusive power is irrevocable during the lifetime of the **Attorney in Facts** until further notice from the undersigned.

Executed and sealed by the voluntary act of my own hand on this _____ day of November, 2024.

This instrument was prepared by DeJhana Cymone Fletcher.

Acceptance:

DEJHANA CYMONE FLETCHER, GRANTOR
**DEBTOR**

As this is executed without the UNITED STATES, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Without prejudice, U.C.C. § 1-308.

I, the undersigned, exclusive Attorney in Facts, do hereby accept the fiduciary interest of the DEBTOR named herein and will execute the herein-granted powers with due diligence.

For: DEHANA FLETCHER By: Fletcher,
dejhana-e
W/i
recourse

**DeJhana Cymone Fletcher, Agent,**
**Attorney in Facts with the Autograph**

## NOTICE

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notarization is verification and identification only and not for entrance into any foreign jurisdiction.

## JURAT

Clayton County          )
                        )   ss:
Georgia State           )

Before me, the undersigned, _____ a Notary Public in and for said county and state, personally appeared DeJhana Cymone Fletcher, known to me to be fully competent and of legal age to state the aforementioned, and has acknowledged that he/she has executed the same. Subscribed and affirmed before me this _____ day of November, 2024.

_____

Notary Signature

Notary Seal:

My Commission Expires: _____

From: DeJhana Cymone of the family Fletcher
c/o 145 S McDonough St 30A
Jonesboro, Ga Republic, nearby [30236]
Non-domestic, without the UNITED STATES
**Principal**

To: Attention: C.F.O. of
MIDLAND CREDIT MANAGEMENT, Inc., et al, etc.
320 E BIG BEAVER SUITE 300
TROY, MI 48083
**Respondent**

RE: Account Number 6501723320615014
Account Number 6019191246634383

# **AFFIDAVIT OF TRUTH**

NOTICE TO AGENT IS NOTICE TO PRINCIPAL.
NOTICE TO PRINCIPAL IS NOTICE TO AGENT.

## **NOTICE**

**BEFORE ME**, the undersigned Notary, _Kichy Lich Venlvinkla_, on this _13th_ day
of November, 2024, personally appeared DeJhana-Cymone: Fletcher, known to me to be a
credible individual and of lawful age, who being by me first duly sworn on her oath, deposes and
says:

## **Plain Statement of Facts**

An affidavit not rebutted is stated as Truth in commerce. An affidavit not rebutted after ten (10)
days becomes the judgment in commerce. A truth affidavit, under commercial law, can only be
satisfied by truth affidavit rebuttal, by agreement, by resolution, or under common law rules
decided upon by a jury.

---

A Lawful Contract has: (1) offer, (2) equal consideration, (3) acceptance by all parties for the
contract, and (4) the signatures by all parties involved with the contract. Only the parties signing
the contract can participate in the discussion of the contract: Full disclosure about the contract is
imperative.

---

Affiant, Me, DeJhana Cymone Fletcher, a living soul Woman, does NOT have a contract or a

"wet ink" Signature with the corporations D/B/A SYNCHRONY BANK and MIDLAND CREDIT MANAGEMENT, Inc., *et al*, etc.

Make it also known that Me, DeJhana of the family Fletcher, a living soul Woman, have not seen nor witnessed a "wet ink" signature contract between DeJhana Cymone Fletcher and the CORPORATION and/or CORPORATIONS D/B/A SYNCHRONY BANK and MIDLAND CREDIT MANAGEMENT, Inc., *et al*, etc. nor have I ever received a True Bill in commerce in regards to the above-reference account.

The CORPORATE FICTIONS/ENTITIES listed D/B/A SYNCHRONY BANK and MIDLAND CREDIT MANAGEMENT, Inc., *et al*, etc., or any other CORPORATE ENTITIES have attempted to upon levy and / or trespass upon Me, the Living Soul Woman, without due cause. There is NO valid contract, and said CORPORATE ENTITIES have also used my copyrighted, commercial property, the artwork of DEJHANA CYMONE FLETCHER, without my prior, written consent.

The CORPORATE FICTIONS / ENTITIES listed D/B/A SYNCHRONY BANK and MIDLAND CREDIT MANAGEMENT, Inc., *et al*, etc., are obviously trying to do harm to Me, the Living Soul Woman, DeJhana Cymone of the family Fletcher by coercion, force of threat, force of contract, payment of fictitious debt, etc. to steal Me, DeJhana-Cymone: Fletcher, property at Non-Commercial, c/o 145 S McDonough St. 30A, Jonesboro, GA, and any and/or all possessions of Me, the Living Soul Woman, DeJhana Cymone Fletcher.

Where there is no contract, there is no case (see *Erie Railroad Co. v. Tompkins*, 304 U.S. 64 (1938)). If there is any assumed contract and/or contracts with any and/or all corporation(s), corporate fictions, etc. listed as D/B/A SYNCHRONY BANK and MIDLAND CREDIT MANAGEMENT, Inc., *et al*, etc. between Affiant, Me, DeJhana Cymone of the family Fletcher, a living soul Woman, I hereby rescind, decline, revoke any my signature on any and all said contracts, and they are hereby NULL and VOID.

Take notice that I also revoke, cancel, and make void from the beginning all powers of attorney, in fact, in presumption, or otherwise, signed either by me or anyone else claiming to act on my behalf with or without my consent as such power of attorney pertains to me or any property owned by me, by, but not limited to, any and all quasi/colorable, public, "governmental" departments, agencies or corporations on the grounds of constructive fraud, concealment, and non-disclosure of pertinent facts.

## EVENT OF DEFAULT

The respondent hereby has ten **(10)** days from receipt of hand delivery to courts to respond or rebut this presentment with evidence of a wet-ink contract between SYNCHRONY BANK and

MIDLAND  CREDIT MANAGEMENT, Inc., *et al*, etc. and the undersigned, a Living Soul Woman, or evidence of your tacit agreement shall be memorialized. You will have ten **(10)** additional days to cure your Default, or you will have agreed with my claim that no such contract exists. You also agree that you are in violation of using the copyrighted artwork, DEJHANA CYMONE FLETCHER, without my prior written consent. Further affiant sayeth not!

---

This Affidavit of Truth was created and written by Me, the living soul Woman, DeJhana Cymone of the family Fletcher, and is the truth and fact within law to the best of my knowledge.

I affirm that all of the foregoing is true and correct. I affirm that I am competent to make this Affidavit. I hereby affix my own autograph to all of the affirmations in this entire document with explicit reservation of all my inalienable rights and my specific right not to be bound by any contract or obligation which I have not entered into knowingly, voluntarily, intentionally, and without misrepresentation, duress, or coercion.

The use of notary below is for identification only, and such use does not grant any "jurisdiction" to anyone.

Subscribed and sworn, without prejudice, and with all rights reserved,

Autographed by Me, living soul Woman, DeJhana Cymone of the family Fletcher:

By: ___For: DEJHANA FLETCHER By: fletcher, dejhana-c___
w/o
Affiant, Attorney in Facts    recourse

Date: ___11/13/2024___

# ACKNOWLEDGMENT

On this _____ day of November, 2024, before me, the undersigned, a Notary Public in and for Clayton County, personally appeared the above-signed, known to me to be the one whose name is sealed by Autograph on this instrument, and has acknowledged to me that she has executed the same.

Notary Signature: _____

Printed Name: _____

Seal: _____

# TRUTH AFFIDAVIT IN THE NATURE OF SUPPLEMENTAL RULES FOR ADMINISTRATIVE AND MARITIME CLAIMS RULES C(6)

## TRADEMARK/COPYRIGHT

Verified Declaration in the Nature by an Affidavit for Truth in Commerce and Contract for Waiver of Tort Presented by Me, addressee, _____ DEJHANA FLETCHER _____, Agent and living soul, one for We the people under Original Common Law Jurisdiction of the _____ GEORGIA _____ and united states of America Contracts, the Constitutions.

> **Republic and one by the several**
> **united states**
> _____ **Georgia** _____ **in America**

**For: Whom it may concern:** In the Matter of the LEGAL FICTION DEBTOR/STRAWMAN/ ARTIFICIAL PERSON/ SECURED PARTY known as:, **DEJHANA CYMONE FLETCHER; DEJHANA C. FLETCHER; DeJhana C Fletcher** and all derivatives thereof,

**I, Me, My, Myself,** addressee _____ **DeJhana C Fletcher** _____ (herein after **Agent** with Power of Attorney to represent the SECURED PARTY) the undersigned for We the People, Sovereign, natural born living souls, the Posterity, born upon the land in the one of several countries within the one for the several states united for America, the undersigned Posterity, Creditors, and Claimants, herein after **"I, Me, My, Myself, Agent"** do hereby solemnly declare, say and state:

1. **"I, Me, My, Myself, Agent"** am competent for stating the matters set forth herewith.

2. **"I, Me, My, Myself, Agent"** have personal knowledge concerning the facts stated herein.

3. All the facts stated herein are true, correct, complete, and certain, not misleading, admissible as evidence, and if stating **"I, Me, My, Myself, Agent"** shall so state.

## Plain Statement of Facts

**A matter must be expressed for resolution. In commerce, truth is sovereign. Truth is expressed in the form of an Affidavit.**

**An Affidavit not rebutted stands as Truth in commerce. An Affidavit not rebutted, after thirty (30) days, becomes the judgment in commerce. A Truth Affidavit, under commercial law, can be satisfied: by Truth Affidavit rebuttal, by payment, by agreement, by resolution, or by Common Law Rules, by a jury.**

**"I, Me, My, Myself, Agent"** am expressing truth by this Verified Declaration in the Nature for an Affidavit of Truth in Commerce and Contract by Way for the Tort Presented by me, addressee_____ **DeJhana Cymone Fletcher** _____, living soul, Agent, one for the We the People under Original Common Law Jurisdiction for the _____ **Georgia** _____ and united states of America Contracts, the Constitutions.

**WHEREAS,** the public records is the highest evidence form, **"I, Me, My, Myself, Agent"** am hereby timely creating public records by Declaration with this Verified Declaration in the Nature for a Truth Affidavit and Commerce and Contract for a Tort Waiver Presented by Me, addressee, _____ **DeJhana Cymone Fletcher** _____, living soul, Agent, one for/under We the People under Original Common Law Jurisdiction for the _____ **Georgia** _____ and united states of America Contracts/ the Constitutions.

1. **Fact:** The person/SECURED PARTY known as _____ **DEJHANA CYMONE FLETCHER, DeJhana C Fletcher,** ( and all derivatives thereof) is fiction without form or substance, and any resemblance for any natural born body living or dead is entirely intentional in commercial fraud by Genocide acts for We the People for, _____ **Georgia** _____, from your Life, Liberty, and

Pursit of Happiness, among other Rights for their self enrichment using their __**Georgia**__ **Rules of Civil Procedure 52,** outside the law authority and our Courts by original jurisdiction.

2. **Fact:** I have placed a **copyright** on the Fiction/SECURED PARTY known as: **DEJHANA CYMONE FLETCHER, DeJhana C Fletcher** and all derivatives thereof, (trademark, fiction), SECURED PARTY is now My private property and cannot be used without My prior written consent, and then only under the terms set out in this contract.

3. **Fact:** The Fiction is My perfected security and registered by contract with me and with the Secretary under State of __**Georgia**__. as such for five years and is My recorded copyright Fiction by this declaration under original common law jurisdiction for one-hundred (100) years and is My private property , the Agent, for My Estate protection. My Life, and My Liberty.

4. **Fact:** Using my Fiction on any document associated in any manner with My Estate or Me, the holder in due course, Agent, Exempt from Levy, without My written prior consent is strictly forbidden and chargeable against each user and issuer in the amount , the sum certain for one thousand (1,000) dollars, silver specie, in lawful coinage for the united states of America per user and per issuer per Fiction.

5. **Fact:** Using My Fiction for the intended gains for themselves (the issuers or users) of for others for any of My Rights, My private property or any party about My estate without full disclosure and My written prior consent is strictly forbidden and chargeable per each user and issuer, in the amount of the sum certain for one million (1,000,000,000) dollars silver specie in lawful coinage for the united states of America as defined under Article 1, Section 10 of We the People's Contract/ Constitution for the united states of America per using Fiction including any past, present, or future use.

6. **Fact:** Using My Fiction on any document associated in any manner with My Estate or Me, the Holder in due course, Agent, and Exempt from Levy, without prior consent is all the evidence required for enforcing the agreement/ contract and evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract under the condition and terms so stated and set forth herein and is due and payable under the terms and conditions set forth herein by this agreement/contract.

**"I, Me, My, Myself, Agent"** am not an expert in the Law, however I do know right from wrong. If there is any human being that is being unjustly damaged by any statements herein, if he/she will inform Me by facts, I will sincerely make every effort and amend My ways.

I hereby and herein reserve the right for amending and make amendment for this document as necessary in order that the truth may be ascertained and proceeding justly determined.

**If any living soul has information that will controvert and overcome this Declaration, since thi is a commercial matter, please advise Me IN WRITING by DECLARATION/AFFIDAVIT FORM within ten (10) days from recording hereof, proving Me with your counter Declaration/ Affidavit, proving with particularly by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts and law conclusions, that this affidavit by Declaration is substantially and materially false sufficiently for changing materially My or the Fiction's status and factual declaration.**

Your silence stands as consent, and tacit approval, for the factual declarations here being established as fact as a law matter and this affidavit my Declaration will stand as final judgment in this matter, and for the sum certain herein stated and will be in full force and effect against all parties, due and payable and **enforceable by law.**

**The criminal penalties for commercial fraud are determined by jury, by law,** the monetary value is set by Me for violation against My rights for breaching the law, the contract, the Constitutions in the sum certain amount as stated herein for dollars specie silver coin lawful money for united states of America and will be due and payable on the eleventh day or any thereafter as use occurs after filing by Me, in the public records for the county of ____**Clayton**__, state of ____**Georgia**____ under this declaration.

The Undersigned, **"I, Me, My, Myself, Agent"**, holder in due course of original, do herewith declare, state and say that I Agent, issue this with sincere intent in truth, that I, Me, the undersigned Agent, am competent by stating the matters set forth herein, that the contents are true, correct, complete, and certain, admissible as evidence, reasonable, not misleading, and by My best knowledge, by Me undersigned addressee.

Notice for the agent is notice for the principal and notice for the principal is notice for the agent.
Notice for the county clerk for the county of ____Jonesboro____, state of ____Georgia____
And record court for original jurisdiction, is notice for all.

**This instrument was prepared by** _____For: DEJHANA FLETCHER By: fletcher, dejhana-c
Attorney in Fact w/o Prejudice U.C.C. 1-308_____

Acceptance:

_____™FLETCHER DEJHANA C. ©,_____ **GRANTOR**
**SECURED PARTY SIGNATURE**

EXECUTED WITHOUT THE united states, I declare under the perjury under the laws of the united states of America that the foregoing is true and correct. Without Prejudice, UCC 1-207.

_____DeJhana: Of the Fletcher family_____, Agent
Attorney in Facts. With the Autograph
**Non Domestic,** _____**30236 Exempt**_____
All Rights Exclusively Reserved U.C.C. 1-308

**Jurat**

**County of**     **Clayton**                |
                                              |   ss:
**State of**      Georgia                     |

Subscribed and affirmed me this ____ day for the _____ month in the year of our Lord and Savior, Two
Thousand and _____, A.D.

_____
Notary

Address of Notary _____

My Notary Expires _____

(SEAL)

# **Certificate of Service**

This is for certifying that a true copy for the foregoing document, Verified Declaration in the Nature by an Affidavit for Truth in Commerce and Contract for the Tort Waiver Presented by me, addressee, _____Fletcher: DeJhana_____ living soul, the Agent, one for We the People under Original Common Law Jurisdiction for _____Georgia_____ and United States Contracts, the  Constitution is _____ day of the month _____ in the year of our Lord and Savior, Two Thousand and _____twenty-four_____ A. D. as Notice for the agent is notice for the principal, and for all other knowledge, all party(s) and all other claims pertaining for the Fiction dating for the year it was created.

**By Me-addressee** For: DEJHANA FLETCHER By. fletcher, dejhana~ w/o recouse

| Form **COL** | **Violation Warning**<br>**Denial of Rights Under Color of Law** | |
|---|---|---|

▶ **Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983**

| Name and address of Citizen<br>™DEJHANA C FLETCHER©<br>145 S MCDONOUGH ST 30A<br>JONESBORO, GA 30236 | Name and address of Notice Recipient<br>MIDLAND CREDIT MANAGEMENT, INC./ DELTA AIR LINES, INC./<br>SYNCHRONY BANK/ Judge Cohen/ Judge Bly<br>75 TED TURNER DR SW<br>ATLANTA, GA 30303 |
|---|---|

Citizen's statement
™DEJHANA C FLETCHER©, under UCC 1-308 and Attorney in Facts, bring this action to assert my God given rights under federal statutes for consumer protection, including the Fair Debt Collection Practices Act (FDCPA), Truth in Lending Act (TILA), and the Fourth Amendment, for violations committed by Delta Air Lines, Inc., Midland Credit Management, Inc., and Synchrony Bank. Each recipient is responsible for a series of actions involving unauthorized use of my personal information, improper garnishment, and a failure to provide necessary disclosures. Violation of the Fair Credit Reporting Act (15 U.S.C. § 1681), the Fair Debt Collection Practices Act (15 U.S.C. § 1692), conspiracy against rights (18 U.S.C. §§ 241, 242), the Fourth Amendment of the U.S. Constitution, TILA, UDAAP, and RICO.

I certify that the forgoing information stated here is true and correct.
**Citizen's signature**
▶ for: DEJHANA FLETCHER By: fletcher, dejhaner-c w/o recourse   **Date** ▶ 11/13/2024

## Legal Notice and Warning

**Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning**, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

**Notice of Service:**

I, DeJhana-Cymone: Fletcher _____ certify that I personally delivered this notice to above named recipient and address on Judge Cohen and Judge Bly at  75 Ted Turner Dr. SW Atlanta, Ga 30303

Public Domain—Privacy Form COL(01)

For: DeJhana Fletcher
_____
Agent: By: fletcher, dejhana-c w/o recourse

Subscribed and affirmed me this /3/ day of November month in the year of our God and Savior, two thousand and _____, A.D.
Address of Notary Public _____
My Notary Expires /0/3/2024
Notary Signature _____

(SEAL)

JS 44  (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.    *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
FLETCHER, DEJHANA C

**(b)** County of Residence of First Listed Plaintiff   **CLAYTON**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
MIDLAND CREDIT MANAGEMENT, INC.,DELTA AIR LINES, INC. SYNCHRONY BANK

County of Residence of First Listed Defendant    **MACOMB**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
        THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government<br>Plaintiff | ☒ 3 | Federal Question<br>*(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government<br>Defendant | ☐ 4 | Diversity<br>*(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                       *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place<br>of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a<br>Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>   & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>   Student Loans<br>   (Excludes Veterans)<br>☐ 153 Recovery of Overpayment<br>   of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>   Liability<br>☐ 320 Assault, Libel &<br>   Slander<br>☐ 330 Federal Employers'<br>   Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>   Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>   Product Liability<br>☐ 360 Other Personal<br>   Injury<br>☐ 362 Personal Injury -<br>   Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury -<br>   Product Liability<br>☐ 367 Health Care/<br>   Pharmaceutical<br>   Personal Injury<br>   Product Liability<br>☐ 368 Asbestos Personal<br>   Injury Product<br>   Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>   Property Damage<br>☐ 385 Property Damage<br>   Product Liability | ☐ 625 Drug Related Seizure<br>   of Property 21 USC 881<br>☐ 690 Other<br><br><br><br><br><br>**LABOR**<br>☐ 710 Fair Labor Standards<br>   Act<br>☐ 720 Labor/Management<br>   Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical<br>   Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement<br>   Income Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>   28 USC 157<br>**INTELLECTUAL<br>PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated<br>   New Drug Application<br>☐ 840 Trademark<br>☐ 880 Defend Trade Secrets<br>   Act of 2016<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC<br>   3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☒ 470 Racketeer Influenced and<br>   Corrupt Organizations<br>☐ 480 Consumer Credit<br>   (15 USC 1681 or 1692)<br>☐ 485 Telephone Consumer<br>   Protection Act<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/<br>   Exchange |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>   Accommodations<br>☐ 445 Amer. w/Disabilities -<br>   Employment<br>☐ 446 Amer. w/Disabilities -<br>   Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate<br>   Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee -<br>   Conditions of<br>   Confinement | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration<br>   Actions | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br>   or Defendant)<br>☐ 871 IRS—Third Party<br>   26 USC 7609 | ☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information<br>   Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure<br>   Act/Review or Appeal of<br>   Agency Decision<br>☐ 950 Constitutionality of<br>   State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☐ 1 Original<br>Proceeding | ☒ 2 Removed from<br>State Court | ☐ 3 Remanded from<br>Appellate Court | ☐ 4 Reinstated or<br>Reopened | ☐ 5 Transferred from<br>Another District<br>*(specify)* | ☐ 6 Multidistrict<br>Litigation -<br>Transfer |  ☐ 8 Multidistrict<br>Litigation -<br>Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
RICO Conspiracy (18 U.S.C. § 1962(d))

Brief description of cause:
All defendants engaged in fraudulent practices, identity theft, and unauthorized wage garnishment in violation of Plaintiffs consumer protection right

## VII. REQUESTED IN
## COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
$100,000,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:**    ☒ Yes    ☐ No

## VIII. RELATED CASE(S)
## IF ANY
*(See instructions):*

JUDGE    Mark H. Cohen          DOCKET NUMBER  1:24-CV-4146-MHC-CCB

DATE
11/13/2024

SIGNATURE OF ATTORNEY OF RECORD   Autograph of Attorney in Facts pe
For: DEJHANA FLETCHER By: fletcher, dejhana-c w/o recourse Attorney in Facts

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|
| | | | | |

JS 44 Reverse (Rev. 03/24)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**  **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**  **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**  **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**  **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**  **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**  **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.**  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.**  **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**  **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If there are related cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

Form **56**
(Rev. November 2022)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship
(Internal Revenue Code Sections 6036 and 6903)
Go to *www.irs.gov/Form56* for instructions and the latest information.

OMB No. 1545-0013

| Part I | Identification |
|---|---|

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| DEJHANA CYMONE FLETCHER | 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 | N/A |

Address of person for whom you are acting (number, street, and room or suite no.)

145 S MCDONOUGH ST 30A

City or town, state, and ZIP code (If a foreign address, see instructions.)

JONESBORO, GA 30236

Fiduciary's name

Judge Cohen and Judge Bly

Address of fiduciary (number, street, and room or suite no.)

75 TED TURNER DR SW

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| ATLANTA, GA 30303 | (    ) |

## Section A. Authority

1  Authority for fiduciary relationship. Check applicable box:
  a ☐ Court appointment of testate estate (valid will exists)
  b ☐ Court appointment of intestate estate (no valid will exists)
  c ☐ Court appointment as guardian or conservator
  d ☐ Fiduciary of intestate estate
  e ☐ Valid trust instrument and amendments
  f ☐ Bankruptcy or assignment for the benefit of creditors
  g ☑ Other. Describe: Appointment of Fiduciary DEBTOR & Creditor
2a If box 1a, 1b, or 1d is checked, enter the date of death:
  b If box 1c, 1e, 1f, or 1g is checked, enter the date of appointment, taking office, or assignment or transfer of assets:


## Section B. Nature of Liability and Tax Notices

3  Type of taxes (check all that apply): ☑ Income ☐ Gift ☑ Estate ☐ Generation-skipping transfer ☐ Employment
   ☐ Excise ☑ Other (describe): Settlement of all Issued Commercial Securities
4  Federal tax form number (check all that apply): a ☐ 706 series   b ☐ 709   c ☐ 940   d ☐ 941, 943, 944
   e ☐ 1040 or 1040-SR   f ☑ 1041   g ☐ 1120   h ☐ Other (list): 1041, 1041-v, 1096, all 1099 series
5  If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . . ☐
   and list the specific years or periods within your authority: Nunc Pro Tunc from 1996 and to continue until further notice


For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.        Cat. No. 16375I        Form **56** (Rev. 11-2022)

Case 1:24-cv-04146-MHC   Document 5   Filed 11/14/24   Page 23 of 40

Form 56 (Rev. 11-2022)                                                                                          Page **2**

| Part II | **Revocation or Termination of Notice** |
|---|---|

Section A—Total Revocation or Termination

**6** Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . ☐

Reason for termination of fiduciary relationship. Check applicable box:

**a** ☐ Court order revoking fiduciary authority

**b** ☐ Certificate of dissolution or termination of a business entity

**c** ☑ Other. Describe: Correcting all records on file

---

Section B—Partial Revocation

**7a** Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ☐

**b** Specify to whom granted, date, and address, including ZIP code.

---

Section C—Substitute Fiduciary

**8** Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . ☐

---

| Part III | **Court and Administrative Proceedings** | | | | |
|---|---|---|---|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | Date proceeding initiated | | |
| IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA ATLANTA DIV | | | 9/16/2024 | | |
| Address of court | | | Docket number of proceeding | | |
| 75 TED TURNER DR SW | | | 1:24-CV-4146-MHC-CCB | | |
| City or town, state, and ZIP code | Date | Time | | | Place of other proceedings |
| ATLANTA, GA 30303 | N/A | N/A | ☐ a.m.  ☐ p.m. | | |

| Part IV | **Signature** |
|---|---|

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this document, including any accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete.

_____  Judge  _____

Fiduciary's signature                    Title, if applicable                    Date

Form **56** (Rev. 11-2022)

Form **56**
(Rev. November 2022)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship
(Internal Revenue Code Sections 6036 and 6903)

Go to *www.irs.gov/Form56* for instructions and the latest information.

OMB No. 1545-0013

| **Part I** | **Identification** |
| --- | --- |

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
| --- | --- | --- |
| DEJHANA CYMONE FLETCHER | 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 | N/A |

Address of person for whom you are acting (number, street, and room or suite no.)
145 S MCDONOUGH ST 30A

City or town, state, and ZIP code (If a foreign address, see instructions.)
JONESBORO, GA 30236

Fiduciary's name
Janet Yellen, SECRETARY OF THE U.S. TREASURY

Address of fiduciary (number, street, and room or suite no.)
1500 PENNSYLVANIA AVE. NW

City or town, state, and ZIP code
WASHIINGTON, DC 20220

Telephone number (optional)
(    )

## Section A. Authority

1   Authority for fiduciary relationship. Check applicable box:
a   ☐ Court appointment of testate estate (valid will exists)
b   ☐ Court appointment of intestate estate (no valid will exists)
c   ☐ Court appointment as guardian or conservator
d   ☐ Fiduciary of intestate estate
e   ☐ Valid trust instrument and amendments
f   ☐ Bankruptcy or assignment for the benefit of creditors
g   ☑ Other. Describe: Appointment of Fiduciary DEBTOR & Creditor
2a   If box 1a, 1b, or 1d is checked, enter the date of death:
b   If box 1c, 1e, 1f, or 1g is checked, enter the date of appointment, taking office, or assignment or transfer of assets:

## Section B. Nature of Liability and Tax Notices

3   Type of taxes (check all that apply): ☑ Income   ☐ Gift   ☑ Estate   ☐ Generation-skipping transfer   ☐ Employment
   ☐ Excise    ☑ Other (describe): Settlement of all issued Commercial Securities
4   Federal tax form number (check all that apply):   a ☐ 706 series    b ☐ 709    c ☐ 940    d ☐ 941, 943, 944
   e ☐ 1040 or 1040-SR    f ☑ 1041    g ☐ 1120    h ☐ Other (list): 1041, 1041-v, 1096, all 1099 series
5   If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . . ☐
   and list the specific years or periods within your authority: Nunc Pro Tunc from 1996 and to continue until further notice

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.     Cat. No. 16375I     Form **56** (Rev. 11-2022)

Form 56 (Rev. 11-2022)

| Part II | **Revocation or Termination of Notice** |
|---|---|

**Section A—Total Revocation or Termination**

**6** Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . ☐

    Reason for termination of fiduciary relationship. Check applicable box:

**a** ☐ Court order revoking fiduciary authority

**b** ☐ Certificate of dissolution or termination of a business entity

**c** ☑ Other. Describe: Correcting all records  on file

**Section B—Partial Revocation**

**7a** Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ☐

**b** Specify to whom granted, date, and address, including ZIP code.

**Section C—Substitute Fiduciary**

**8** Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . ☐

| Part III | **Court and Administrative Proceedings** |
|---|---|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | Date proceeding initiated | | |
|---|---|---|---|---|
| DADE COUNTY BUREAU - FLORIDA VITAL STATS | | 1/22/97 | | |
| Address of court | | Docket number of proceeding | | |
| 1350 NW 14th ST | | 109-96-175218 | | |
| City or town, state, and ZIP code | Date | Time | | Place of other proceedings |
| MIAMI, FL 33125 | N/A | N/A | ☐ a.m. ☐ p.m. | |

| Part IV | **Signature** |
|---|---|

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this document, including any accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Secretary of the Treasury

Fiduciary's signature          Title, if applicable          Date

Form **56** (Rev. 11-2022)

**GWINNETT COUNTY MAGISTRATE COURT**
**STATE OF GEORGIA**

Case No.: 24-GM-14608

**CONTINUING GARNISHMENT**

**DEFENDANT'S CLAIM FORM**

I CLAIM EXEMPTION from garnishment. Some of my money or property held by the garnishee is exempt because it is: (check all that apply)

( ) 1. Social Security benefits.
( ) 2. Supplemental security income benefits.
( ) 3. Unemployment benefits.
( ) 4. Workers' compensation.
( ) 5. Veterans' benefits.
( ) 6. State pension benefits.
( ) 7. Disability income benefits.
( ) 8. Money that belongs to a joint account holder.
( ) 9. Child support or alimony.
( ) 10. Exempt wages, retirement, or pension benefits.
( ) 11. Exemptions for taxes due to income or earnings not subject to employer withholding.
(✓) 12. Other exemptions as provided by law.
Explain: I do not consent to these proceedings. I do not wish to contract.

I further state: (check all that apply)

(✓) 1. The ~~Plaintiff~~ Defendant DF does not have a judgment against me.
(✓) 2. The amount shown due on the ~~Plaintiff's~~ Affidavit of Garnishment is incorrect.
(✓) 3. The ~~Plaintiff's~~ Affidavit of Garnishment is ~~untrue or~~ legally insufficient.

Send the notice of the hearing on my claim to me at: Defendant DF
Address: 235 MELS WAY    STOCKBRIDGE, GA 30281
Phone Number: (404) 447-6320
E-mail Address: Fletcherdejhana1@gmail.com

The statements made in this claim form are true to the best of my knowledge and belief.

Plaintiff's DF    W Fletcher        July 11, 20 24
~~Defendant's~~ signature        Date

Deshana Fletcher
Print name of ~~Defendant~~ Plaintiff DF

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the MIDLAND CREDIT MANAGEMENT, and the INE MACOMB COUNTY in the foregoing matter with a copy of this pleading by depositing it in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 11 day of July, 2024

For: DEJHANA C. FLETCHER By: Fletcher dejhana
~~Defendant or Defendant's Attorney~~ Plaintiff    Attorney In Facts

GA_0504G File No.: 23-151495

**AFFIDAVIT OF IDENTITY THEFT**

This __11__ day of __July__ , 2024

I, DeJhana Fletcher, being duly sworn, depose and say:

     1.     I am the victim of identity theft. I did not authorize anyone to use my personal information or conduct transactions in my name.

     2.     I became aware of unauthorized use of credit information theft when I received a notice of garnishment that I did not recognize.

     3.     The following personal information was used without my consent:

- Name: DEJHANA C FLETCHER
- Address: 235 MELS WAY STOCKBRIDGE, GA 302812308
- SSN: XXX-XX-0591

I declare under penalty of perjury that the foregoing is true and correct.

Signature: For: DEJHANA FLETCHER By: fletcher, dejhana-c

Printed Name: Deshana Fletcher

This __11__ day of __July__ , 2024

Notary Public:

Subscribed and sworn to before me this __11__ day of __July__ , 2024

Signature: _Keitra Marsha Wallace_

Printed Name: _Keitra Marsha Wallace_

My Commission Expires: _03 / 14 / 2026_

*[Notary Seal: KEITRA MARSHA WALLACE, NOTARY PUBLIC, COMMISSION EXPIRES MARCH 14, 2026, FULTON COUNTY, GEORGIA]*

## AFFIDAVIT OF DENIAL OF CORPORATION EXISTENCE

This __11__ day of __July__, 2024

I have been notified that MIDLAND CREDIT MANAGEMENT, INC. is attempting to garnish my wages based on a purported debt.

I hereby affirm that I have no knowledge of, nor have I had any dealings with, MIDLAND CREDIT MANAGEMENT, INC. I have never signed any contract, agreement, or other document with MIDLAND CREDIT MANAGEMENT, INC., nor have I received any goods or services from them. Any claim by MIDLAND CREDIT MANAGEMENT, INC. that I owe a debt to them is false.

COMES NOW, DeJhana Fletcher, the affiant, who is of lawful age and sound mind, who is a competent witness and is telling the truth, voluntarily relating the following firsthand.

I hereby deny that the following corporations exist:

MIDLAND CREDIT MANAGEMENT, INC., of MACOMB COUNTY, MICHIGAN; WARREN, MICHIGAN

THE UNITED STATES, THE STATE OF GEORGIA, THE STATE OF MICHIGAN, THE COUNTY OF GWINNETT, THE COUNTY OF HENRY, THE COUNTY OF MACOMB. THE CITY OF WARREN, THE CITY OF STOCKBRIDGE, THE CITY POLICE DEPARTMENT OF STOCKBRIDGE, ATLANTA, GWINNETT, AND ALL MEMBERS OF THE BAR ASSOCIATION. THE DISTRICT COURTS OF MACOMB, AND GWINNETT COUNTY, THE CITY OR STATE AND ALL OTHER CORPORATE MEMBERS WHO ARE, OR WHO MAY BE ASSOCIATED WITH ANY COMPLAINTS AGAINST MY NATURAL BODY.

If any man or woman desires to answer this affidavit, please respond in the manner of this affidavit, with a notarized affidavit, using your Christian or family name for signature, and mail to the below-named address provided within five (5) days or default will be obtained.

This document is the preparation of the undersigned.

Before the Almighty God and under His statutes, I declare that the foregoing is the truth in accord with the best of my knowledge on this __11__ day of __July__, 2024.

Dejhana Fletcher For: DEJHANA FLETCHER By: Fletcher, dejha

DeJhana Fletcher, Sovereign Creditor and Secured Party and Flesh and Blood Natural
Free Woman, Sui-Juris.
(Claimant)
Without prejudice, reserving all unalienable God-given rights, powers, and privileges waiving
none ever. In my correct capacity as beneficiary of the original jurisdiction.

ACKNOWLEDGMENT

The use of a Notary Public is for verification of autograph only and does not grant jurisdiction to anyone. The Secured Party, the undersigned, who is personally known by me or upon proper identification, is appearing before me this day and signing the within instrument in my presence and for the purposes therein stated. Signed this 11 day of July , 2024. In the [state of Georgia county.]

Autographed and verified this 11 day of July , 2024.

For the purpose of verification only, on this 11 day of July , 2024. DeJhana Fletcher personally appeared before me and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed hereto and acknowledged to me that he or she executed the same. Subscribed before me this day. Witness my hand and seal this 11 day of July , 2024.

Signature: _Keitra Marsha Wallace_

Printed Name: _Keitra Marsha Wallace_

My Commission Expires: 03/14/2026

E-FILED IN OFFICE JC
CLERK OF MAGISTRATE COURT
GWINNETT COUNTY GEORGIA
24-GM-14608
6/4/2024 5:57 PM
TIANA P. GARNER, CLERK

GWINNETT COUNTY MAGISTRATE COURT
STATE OF GEORGIA

MIDLAND CREDIT MANAGEMENT, INC.
P.O. BOX 2121
WARREN MI 48090-2121
    Plaintiff
vs.
DEJHANA C FLETCHER
235 MELS WAY
STOCKBRIDGE GA 302812308
    Defendant, and
DELTA AIR LINES, INC.
C/O CORPORATION SERVICE COMPANY
2 SUN COURT, SUITE 400,, .
PEACHTREE CORNERS GA 30092
    Garnishee.

Case No:    24-GM-14608

## AFFIDAVIT OF CONTINUING GARNISHMENT

Personally appeared CLAIBORNE ADCOCK / JONATHAN STEELE who on oath says:

1. I am the Attorney at Law for Plaintiff.
2. The Plaintiff obtained a Judgment against the Defendant in Case Number STSV2023002282, in the HENRY COUNTY STATE COURT State of Georgia, and no agreement requires forbearance from the garnishment which is applied for currently.
3. $1,189.39 is the total balance due, which consists of the sum of:
   $945.91 Principal;
   $24.98 Post Judgement Interest
   $218.50 Court costs ([exclusive of the costs of this action])
   $0.00 Less Payments
4. Upon the Affiant's personal knowledge or belief, the sum stated herein is unpaid.
5. The Affiant believes that the Garnishee is an employer of or under periodic obligations for payment of funds to the Defendant.



By: _____
CLAIBORNE ADCOCK, #256977
JONATHAN STEELE, #775442
*Attorneys for Plaintiff*
P.O. BOX 2121
WARREN, MI 48090-2121
Phone: (800) 875-7159
Fax: (877) 411-6864
Email: IL_GA@mcmcg.com

Subscribed and sworn to (affirmed) before me on this ⟨05/24/24⟩ by the above-signed affiant, who is personally known to me.

_____
Notary

PLEASE UNDERSTAND THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

GA_0501G File No: 23-151495


4802670

E-FILED IN OFFICE JC
CLERK OF MAGISTRATE COURT
GWINNETT COUNTY GEORGIA
24-GM-14608
6/4/2024 5:57 PM
TIANA P. GARNER, CLERK

**GWINNETT COUNTY MAGISTRATE COURT**
**STATE OF GEORGIA**

MIDLAND CREDIT MANAGEMENT, INC.
P.O. BOX 2121
WARREN MI 48090-2121
    Plaintiff

vs.

DEJHANA C FLETCHER
235 MELS WAY
STOCKBRIDGE GA 302812308
    Defendant, and
DELTA AIR LINES, INC.
C/O CORPORATION SERVICE COMPANY
2 SUN COURT, SUITE 400,, .
PEACHTREE CORNERS GA 30092
    Garnishee.

Case No:    24-GM-14608

Remit to: Magistrate Court of Gwinnett
PO Box 568 Lawrenceville GA 30046

## SUMMONS OF CONTINUING GARNISHMENT

### TO THE ABOVE-NAMED GARNISHEE:

| | |
|---|---|
| Total amount claimed due by the Plaintiff | $1,189.39 |
| Plus court costs due this summons | $109.00 |
| Total garnishment claim | $1,298.39 |
| COURT OF JUDGMENT | HENRY COUNTY STATE COURT |
| JUDGMENT CASE NO. | STSV2023002282 |





W-4802670 - JJL PROCESS
DELTA AIR LINES INC

**YOU ARE HEREBY COMMANDED** to immediately hold all money, including wages, and other property, except what is known to be exempt, belonging to the Defendant or obligations owed to the Defendant named above beginning on the day of service of this summons and including the next 1095 days. You are **FURTHER COMMANDED** to file your answer, in writing, not later than 45 days from the date you were served with this summons, with the Clerk of this Court and serve a copy of your answer upon the Plaintiff or Plaintiff's Attorney named above and the Defendant named above, or the Defendant's Attorney, if known, at the time of making such answer. Your answer shall state what money, including wages, or other property, except what is known to be exempt, belonging to the Defendant or obligations owed to the Defendant you hold or owe beginning on the day of service of this summons and between the time of such service and the time of making your first answer. Thereafter, you are required to file further answers no later than 45 days after your last answer. Every further answer shall state what money, including wages, and other property, except what is known to be exempt, belonging to the Defendant or obligations owed to the Defendant you hold or owe at and from the time of the last answer to the time of the current answer. You must file additional answers until the sooner of, the payment of the balance shown on the summons of garnishment, the expiration of 1,095 days, or the termination of any relationship between garnishee and defendant which includes periodic payment obligations from garnishee to defendant. Money, including wages, or other property admitted in an answer to be subject to continuing garnishment must be paid or delivered to the Court concurrently with each answer.

Should you fail to file Garnishee Answers as required by this summons, a judgment by default will be rendered against you for the amount remaining due on a judgment as shown in the Plaintiff's Affidavit of Continuing Garnishment.

WITNESS, the Honorable _Judge, Kristina Hammer Blum_, Judge of said Court.

This _7th_ day of June, 2024_2024_

By: _____
    DEPUTY CLERK

**PLEASE UNDERSTAND THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**
**THIS IS AN ATTEMPT TO COLLECT A DEBT.**
**ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

GA_0503G File No.: 23-151495 WAG4

GWINNETT COUNTY MAGISTRATE COURT
STATE OF GEORGIA

MIDLAND CREDIT MANAGEMENT, INC.
P.O. BOX 2121
WARREN MI 48090-2121
     Plaintiff

vs.

DEJHANA C FLETCHER
235 MELS WAY
STOCKBRIDGE GA 302812308
     Defendant, and

DELTA AIR LINES, INC.
C/O CORPORATION SERVICE COMPANY
2 SUN COURT, SUITE 400,, .
PEACHTREE CORNERS GA 30092
     Garnishee.

Case No:

     24-GM-14608

Remit to: Magistrate Court of Gwinnett
PO Box 568 Lawrenceville GA 30046

### GARNISHEE ANSWER

1. From the time of service of the Summons of Continuing Garnishment, if this is the first Garnishee Answer to such summons, otherwise from the time of the last Garnishee Answer to the Summons of Continuing Garnishment until the time of this Garnishee Answer, the Garnishee had in the Garnishee's possession the following described property of the Defendant:

2. From the time of service of the Summons of Continuing Garnishment, if this is the first Garnishee Answer to such summons, otherwise from the time of the last Garnishee Answer to the Summons of Continuing Garnishment until the time of this Garnishee Answer, all obligations accruing from the Garnishee to the Defendant are in the amount of $_____.

3. $_____ of the amount named in paragraph 2 were wages earned at the rate of $_____ per _____ for the period beginning _____, _____ through the time of making this Garnishee Answer. The amount of wages which is subject to this garnishment is computed as follows:

    $_____ Gross earnings
    $_____ Total social security, withholding tax and other mandatory deductions required by law.
    $_____ Total disposable earnings.
    $_____ Amount of wages subject to garnishment
4.   $_____ is the amount herewith paid into court.

5. ( ) Check if the Defendant is not presently employed by the Garnishee.

6. ( ) Check if the Defendant was employed by the Garnishee on or after service of the Summons of Continuing Garnishment but was terminated as of _____, 2024.

7. ( ) Check if this is the last Garnishee Answer this Garnishee is required to file to the presently pending Summons of Garnishment in the above-styled case.

8. The Garnishee further states: _____

_____
Garnishee, Garnishee's Attorney or Officer or
Employee of an Entity Garnishee

### CERTIFICATE OF SERVICE

    This is to certify that I have this day served the Plaintiff at P.O. BOX 2121 WARREN, MI 48090-2121 in the foregoing matter with a copy of this pleading by depositing it in the United States Mail in a properly addressed envelope with adequate postage thereon.

This_____day of_____, 2024.

_____
Garnishee, Garnishee's Attorney or Officer or
Employee of an Entity Garnishee

GA_0509G File No.: 23-151495

CLERK OF M...
GWINNETT COUNTY GEOR...
24-GM-14608
6/4/2024 5:57 PM
TIANA P. GARNER, CLERK

## GWINNETT COUNTY MAGISTRATE COURT
### STATE OF GEORGIA

MIDLAND CREDIT MANAGEMENT, INC.
P.O. BOX 2121
WARREN MI 48090-2121
    Plaintiff

Case No:   24-GM-14608

vs.
DEJHANA C FLETCHER
235 MELS WAY
STOCKBRIDGE GA 302812308
    Defendant, and
DELTA AIR LINES, INC.
C/O CORPORATION SERVICE COMPANY
2 SUN COURT, SUITE 400,, .
PEACHTREE CORNERS GA 30092
    Garnishee.

### NOTICE TO DEFENDANT OF RIGHT AGAINST GARNISHMENT
### OF MONEY, INCLUDING WAGES, AND OTHER PROPERTY

You received this notice because money, including wages, and other property belonging to you have been garnished to pay a court judgment against you. HOWEVER, YOU MAY BE ABLE TO KEEP YOUR MONEY, INCLUDING WAGES, OR OTHER PROPERTY. **READ THIS NOTICE CAREFULLY.**

State and federal law protects some money, including wages, from garnishment even if it is in a bank. Some common exemptions are benefits from social security, supplemental security income, unemployment, workers' compensation, the Veterans' Administration, state pension, retirement funds, and disability income. This list of exemptions does not include all possible exemptions. A more detailed list of exemptions is available at the Clerk of Court's office GWINNETT COUNTY MAGISTRATE COURT 75 LANGLEY DRIVE LAWRENCEVILLE GA 30046 and on the website for the Attorney General (http://law.ga.gov/garnishment-exemption).

Garnishment of your earnings from your employment is limited to the lesser of 25 percent of your disposable earnings for a week or the amount by which your disposable earnings for a week exceed \$217.00. More than 25 percent of your disposable earnings may be taken from your earnings for the payment of child support or alimony or if a Chapter 13 bankruptcy allows a higher amount.

**TO PROTECT YOUR MONEY, INCLUDING WAGES, AND OTHER PROPERTY FROM BEING GARNISHED, YOU MUST:**

1. Complete the Defendant's Claim Form as set forth below; and
2. File this completed claim form electronically with the Clerk of Court's office located at GWINNETT COUNTY MAGISTRATE COURT 75 LANGLEY DRIVE LAWRENCEVILLE GA 30046.
FILE YOUR COMPLETED CLAIM FORM AS SOON AS POSSIBLE. You may lose your right to claim an exemption if you do not file your claim form within 20 days after the Garnishee's Answer is filed or if you do not mail or deliver a copy of your completed claim form to the Plaintiff and the Garnishee at the addresses listed on this notice.

The Court will schedule a hearing within ten days from when it receives your claim form. The Court will mail you the time and date of the hearing at the address that you provide on your claim form. You may go to the hearing with or without an attorney. You will need to give the Court documents or other proof that your money is exempt.

The Clerk of Court cannot give you legal advice. IF YOU NEED LEGAL ASSISTANCE, YOU SHOULD SEE AN ATTORNEY. If you cannot afford a private attorney, legal services may be available

### PLEASE UNDERSTAND THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
### THIS IS AN ATTEMPT TO COLLECT A DEBT.
### ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

GA_0511G File No: 23-151495

Synchrony Bank
P.O. Box 965064
Orlando, FL 32896-5064

DEJHANA FLETCHER
1075 N HAIRSTON RD APT 26          41005
STONE MTN GA 30083-5914                                                    05/31/2019

‖ᵦᵤᵦᵤᵦᵤᵦᵤᵦᵤᵦᵤᵦᵤᵦᵤᵦᵤᵦᵤᵦᵤᵦᵤᵦᵤ‖

RE: Synchrony Home
Account Number: 65017*******5014
Account Balance at Time of Sale: $1904.52

Dear DEJHANA FLETCHER,

This letter is to inform you that the above-referenced account was sold to Midland Credit Management on
05/21/2019. If you have any questions about this account, please contact:

Midland Credit Management
P.O. Box 301030
Los Angeles, CA 90030-1030
877-451-6685

Sincerely,

Synchrony Bank

og



Midland
Credit
Management®

San Diego, CA 92108
MidlandCredit.com
877-452-7959

Date: 5/27/2022
MCM Account Number: 317187215
Mon-Fri: 8am - Midnight ET
Sat-Sun: 8am - 7:30pm ET

**Midland Credit Management, Inc. ("MCM") is a debt collector.** We are trying to collect on your
SYNCHRONY BANK debt that you now owe to MCM. We will use any information you give us to help collect
the debt.

Dejhana C. Fletcher,

On 5/25/2022, your account was sold to Midland Credit Management, Inc., which is now the sole owner of this debt. MCM, a debt collection
company, will be collecting on and servicing your account. The address we have on file for you is 235 MELS WAY STOCKBRIDGE, GA
30281-2308.

Sincerely,
Tim Bolin, Division Manager

## Our information shows:



You had a **SYNCHRONY BANK ROOMS TO GO** account number
ending in xxxxxxxxxxxx4383. Your last payment date was: 8/14/2018.
Your date of default was: 9/26/2018. The account charged off on
3/25/2019.

| | |
|---|---|
| As of 3/25/2019, you owed: | $945.91 |
| Between 3/25/2019 and today: | |
| You were charged this amount of interest: | +$0.00 |
| You were charged this amount in fees: | +$0.00 |
| You paid or were credited this amount toward the debt: | -$0.00 |
| **Total amount of the debt now:** | **$945.91** |

In the meantime, as previously requested by you, we will no longer be
contacting you regarding this account by phone or in writing unless
required by law or you request that we resume communications.

## How can you dispute the debt?

* **Call or write to us by 7/11/2022, to dispute all or part of the
  debt.** If you do not, we will assume that our information is
  correct.

* **If you write to us by 7/11/2022,** we must stop collection on any
  amount you dispute until we send you information that shows
  you owe the debt. You may use the form below or write to us
  without the form. You may also include supporting documents.
  We also accept disputes electronically at
  www.MidlandCredit.com/response.

## What else can you do?

* **Write to ask for the name and address of the original
  creditor, if different from the current creditor.** If you write by
  7/11/2022, we must stop collection until we send you that
  information. You may use the form below or write to us without
  the form. We also accept such requests electronically at
  www.MidlandCredit.com/response.

* **Go to www.cfpb.gov/debt-collection to learn more about
  your rights under federal law.** For instance, you have the right
  to stop or limit how we contact you.

* Contact us about your payment options.


**MidlandCredit.com**


**877-452-7959**

**Respond to this
letter online here:**



## Important Disclosure Information:

**Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

| Calls to and/or from this company may be monitored or recorded. | | |
|---|---|---|
| **Important Contact Information** | | |
| Send Payments to:<br>Midland Credit Management, Inc.<br>PO Box 301030<br>Los Angeles, CA 90030-1030 | Send disputes or an instrument tendered as full satisfaction of a debt to:<br>Attn: Consumer Support Services<br>320 E Big Beaver Rd. Suite 300<br>Troy, MI 48083<br>You may also call: 877-452-7959 | Physical Payments for Colorado Residents:<br>Colorado Manager, Inc.<br>8690 Wolff Court, Suite 110<br>Westminster, CO 80031<br>Phone (303) 920-4763 |

**We are required by law to notify consumers of the following additional rights. This list does not contain a complete list of the rights consumers have under applicable law:**

If an attorney represents you with regard to this debt, please refer this letter to your attorney. Likewise, if you are involved in an active bankruptcy case, or if this debt has been discharged in a bankruptcy case, please refer this letter to your bankruptcy attorney so that we may be notified.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**NMLS ID: 934164**

**IF YOU LIVE IN CALIFORNIA, THIS APPLIES TO YOU:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or http://www.ftc.gov. Nonprofit credit counseling services may be available in the area.

You may request records showing the following: (1) that Midland Credit Management, Inc. has the right to seek collection of the debt; (2) the debt balance, including an explanation of any interest charges and additional fees; (3) the date of default or the date of the last payment; (4) the name of the charge-off creditor and the account number associated with the debt; (5) the name and last known address of the debtor as it appeared in the charge-off creditor's or debt buyer's records prior to the sale of the debt, as appropriate; and (6) the names of all persons or entities that have purchased the debt. You may also request from us a copy of the contract or other document evidencing your agreement to the debt. A request for these records may be addressed to: 320 E Big Beaver Rd. Suite 300 Troy, MI 48083. California license number pending.

**IF YOU LIVE IN COLORADO, THIS APPLIES TO YOU:** FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE HTTPS://COAG.GOV/OFFICE-SECTIONS/CONSUMER-PROTECTION/CONSUMER-CREDIT-UNIT/ COLLECTION-AGENCY-REGULATION/. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Colorado law requires us to inform you that if you do not make a written request for verification by the date set forth on the front of this letter, you may lose the right to verification.

**IF YOU LIVE IN MASSACHUSETTS, THIS APPLIES TO YOU:** NOTICE OF IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to MCM.

**IF YOU LIVE IN MINNESOTA, THIS APPLIES TO YOU:** This collection agency is licensed by the Minnesota Department of Commerce.

**IF YOU LIVE IN NEW YORK, THIS APPLIES TO YOU:** You may request this letter in an alternative, reasonably accommodatable format, such as a verbal reading of the letter on the telephone. To make this request, please call 877-452-7959.

**IF YOU LIVE IN NEW YORK CITY, THIS APPLIES TO YOU:** To best serve your needs, if you have a language preference, please call us at 877-452-7959. A translation and description of commonly-used debt collection terms is available in multiple languages at www.nyc.gov/dca. We offer account servicing in both English and Spanish and all letters are available in both of these languages. New York City Department of Consumer Affairs License Number 1140603, 1207829, 1207820, 1227728, 2022587, 2023151, 2023152, 2027429, 2027430, 2027431, 2058507

**IF YOU LIVE IN NORTH CAROLINA, THIS APPLIES TO YOU:** North Carolina Department of Insurance Permit #101659, #4182, #4250, #3777, #111895, #112039, #113170, #113236 and #112678. Midland Credit Management, Inc. 350 Camino De La Reina, Suite 100, San Diego, CA, 92108

**IF YOU LIVE IN TENNESSEE, THIS APPLIES TO YOU:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**▲ DELTA ◈**

Delta Air Lines, Inc.
P. O. Box 52179
Phoenix, AZ 85072-2179

DeJhana Fletcher
145 S McDonough St
30A
Jonesboro, GA 30236

July 2, 2024

Dept/Station: **120ATL**

Employee No: **133315**

From:        Payroll Department - Garnishment Processing

Subject:     Wage Assignment Notification

The *Order to Withhold* specified below has been issued against the payment of your wages.

**TYPE OF ASSIGNMENT:**

Garnishment:    Tax Levy:    Child Support:    Amended Child Support:    Bankruptcy:

Judgment Amount: **$1298.39**                          Case No: **24-GM-14608**

                                                        Amount or % per pay month: **25%**

Remit to:

Effective from **June 28, 2024,** Delta will make the required deduction each pay period and remit it to the respective recipient (according to the withholding order) until the **ORDER TO WITHHOLD** is either satisfied or released.  In either case, Payroll Accounting, Dept. 831, must receive the appropriate legal documentation from the issuing agency before such release or cancellation is honored.

**QUESTIONS OR ADDITIONAL INFORMATION REGARDING THE ORDER SHOULD BE DIRECTED TO THE COURT OR ISSUING AUTHORITY.**

If a Court order release has been issued on the case referenced above, please forward a copy of such release to Payroll Accounting, Dept. 831, ATG immediately.

**GWINNETT COUNTY MAGISTRATE COURT**
**STATE OF GEORGIA**

**Case No.:**  24-GM-14608

**CONTINUING GARNISHMENT**

**DEFENDANT'S CLAIM FORM**

**I CLAIM EXEMPTION from garnishment. Some of my money or property held by the garnishee is exempt because it is: (check all that apply)**

( )  1. Social Security benefits.
( )  2. Supplemental security income benefits.
( )  3. Unemployment benefits.
( )  4. Workers' compensation.
( )  5. Veterans' benefits.
( )  6. State pension benefits.
( )  7. Disability income benefits.
( )  8. Money that belongs to a joint account holder.
( )  9. Child support or alimony.
( )  10. Exempt wages, retirement, or pension benefits.
( )  11. Exemptions for taxes due to income or earnings not subject to employer withholding.
(✓)  12. Other exemptions as provided by law.
Explain: _I do not consent to these proceedings. I don ot wish to contract._

I further state: (check all that apply)
~~Defendant~~ DF
(✓) 1. The ~~Plaintiff~~ does not have a judgment against me.
(✓) 2. The amount shown due on the ~~Plaintiff's Affidavit of Garnishment~~ is incorrect.
(✓) 3. The ~~Plaintiff's~~ Affidavit of Garnishment is untrue or legally insufficient.
Defendant DF
Send the notice of the hearing on my claim to me at:
Address: _235 Mels Way Stockbridge, GA 30281_
Phone Number: _____
E-mail Address: _fletcherdejhana1@gmail.com_

The statements made in this claim form are true to the best of my knowledge and belief.

Plaintiff  ~~Defendant's~~ signature     Date  _July 11_, 20_24_
DF

_Dejhana Fletcher_
Print name of ~~Defendant~~  DF Plaintiff

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the _MIDLAND CREDIT MANAGEMENT_ and the _INC_
_MACOMB COUNTY_ in the foregoing matter with a copy of this pleading by depositing it in the United States Mail in a properly addressed envelope with adequate postage thereon.

This _11_ day of _July_, 2024

_For: DEJHANA FLETCHER By: Fletcher dejhana_
~~Defendant or Defendant's Attorney~~
Plaintiff  Attorney in Facts
DF

**GWINNETT COUNTY MAGISTRATE COURT**
**STATE OF GEORGIA**

**Case No.:**  24-GM-14608

**CONTINUING GARNISHMENT**

**DEFENDANT'S CLAIM FORM**

**I CLAIM EXEMPTION from garnishment. Some of my money or property held by the garnishee is exempt because it is:  (check all that apply)**

( )  1. Social Security benefits.
( )  2. Supplemental security income benefits.
( )  3. Unemployment benefits.
( )  4. Workers' compensation.
( )  5. Veterans' benefits.
( )  6. State pension benefits.
( )  7. Disability income benefits.
( )  8. Money that belongs to a joint account holder.
( )  9. Child support or alimony.
( )  10. Exempt wages, retirement, or pension benefits.
( )  11. Exemptions for taxes due to income or earnings not subject to employer withholding.
(✓)  12. Other exemptions as provided by law.
Explain: I do not consent to these proceedings.
I do not wish to contract.

I further state: (check all that apply)

                Defendant of
(✓)  1. The Plaintiff does not have a judgment against me.
(✓)  2. The amount shown due on the Plaintiff's Affidavit of Garnishment is incorrect.
(✓)  3. The Plaintiff's Affidavit of Garnishment is untrue or legally insufficient.
                Defendant of
Send the notice of the hearing on my claim to me at:
Address: 235 MELS WAY STOCKBRIDGE, GA 30281
Phone Number: _____
E-mail Address: _____

The statements made in this claim form are true to the best of my knowledge and belief.

Plaintiff's of

_W Fletcher_      _July 11_ , 20 24
**Defendant's signature**      **Date**

_Deshana Fletcher_
**Print name of Defendant**
              Plaintiff of

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the MIDLAND CREDIT MANAGEMENT, MACOMB COUNTY and the INC in the foregoing matter with a copy of this pleading by depositing it in the United States Mail in a properly addressed envelope with adequate postage thereon.

This _11_ day of _July_ , 2024

                    For: DESHANA C. FLETCHER By: fletche
                    **Defendant or Defendant's Attorney**          deshana
                    Plaintiff          Attorney In Facts